IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAULIASI TUITAHI, et al.,

        Plaintiffs,

    v.

OPTION ONE MORTGAGE CORP., et al.,

        Defendants.

No. CIV S-09-0035 GEB DAD

<u>ORDER</u>

By substitution of representation filed on June 9, 2009, Edward R. Brenner, Esq., has appeared as counsel for plaintiffs, who were proceeding pro se when this action was removed from state court.

Accordingly, IT IS ORDERED that:

1. Pursuant to Local Rule 72-302(c)(21), this action is referred back to the assigned district judge for further proceedings;

2. The Clerk of the Court shall modify the court's docket to reflect that this case is not a Pro Se case;

3. All documents hereafter submitted for filing in the case shall bear case number CIV S-09-0035 GEB DAD or 2:09-cv-0035 GEB DAD;

/////

1

4. The January 8, 2009 motion to dismiss filed by defendant MTC Financial (Doc. No. 6) and the January 15, 2009 amended motion to dismiss filed by defendant Sand Canyon Corp. as successor-in-interest to Option One Mortgage Corp. and HSBC Bank USA, NA (Doc. No. 9) have been rendered moot by plaintiffs' filing of a first amended complaint, and the motions are denied on that ground; and

5. Defendant MTC Financial's pending motion to dismiss first amended complaint or, in the alternative, for summary judgment (Doc. Nos. 18 and 19) shall be re-noticed for hearing before the assigned district judge after conferring with plaintiffs' counsel and with Shani Furstenau, Courtroom Deputy to the Honorable Garland E. Burrell, Jr., at (916) 930-4114, concerning the hearing date.

DATED: June 10, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\tuitahi0035.ord.referback